IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| HOWARD COHAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-cv-00625 ) |
| IHG MANAGEMENT (MARYLAND), LLC d/b/a INTERCONTINENTAL HOTEL CHICAGO, | ) Judge Harry D. Leinenweber ) Magistrate Judge Maria Valdez ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISS
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant IHG MANAGEMENT (MARYLAND), LLC, d/b/a INTERCONTINENTAL HOTEL CHICAGO, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | IHG MANAGEMENT (MARYLAND), LLC, d/b/a INTERCONTINENTAL HOTEL CHICAGO |
| By: /s/ *Marshall J. Burt* Counsel for Plaintiff | By: */s/Kevin Fritz* Counsel for Defendant |
| Marshall J. Burt, Esq. The Burt Law Group, Ltd. 77 W. Washington, Ste 1300 Chicago, IL 60602 312-419-1999 Marshall@mjburtlaw.com | Kevin Fritz, Esq. Seyfarth Shaw. 233 S. Wacker Dr., Ste 8000 Chicago, Illinois 60606 (312) 460-5586 KFritz@seyfarth.com |